[No. 40272-6-II.   Division Two.   August 5, 2011.]

OLYMPIC STEWARDSHIP FOUNDATION, *Appellant*, v. THE WESTERN WASHINGTON GROWTH MANAGEMENT HEARINGS BOARD, *Respondent*.

The opinion in the above captioned case, which appeared in the advance sheets at 163 Wn. App. 12-40, will not be published in the permanent bound pursuant to an order of the Court of Appeals dated January 26, 2012 granting reconsideration, withdrawing the opinion, and substituting a new opinion. See 166 Wn. App. 172.